UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **State of New Hampshire** ) | |
| ) | |
| and ) | |
| ) | |
| **State of Maine** ) | Civil Action |
| ) | Docket No.: 1:13-cv-00159-PB |
| **Plaintiffs** ) | |
| ) | |
| v. ) | |
| ) | |
| **M/V HARBOUR FEATURE,** ) | |
| *in rem* ) | |
| ) | |
| **Defendant** ) | |

STIPULATION OF DISMISSAL

Now come the parties by and through counsel and stipulate pursuant to Rule 41, Fed R. Civ. P. that the within action is dismissed with prejudice and without costs.

December 30, 2013

/s/ Karen A. Schlitzer
Karen A. Schlitzer, Esq.
NH Bar # 15169

/s/ John Conforti
John Conforti, Esq.
NH Bar # 20263

Counsel for Plaintiff
State of New Hampshire

OFFICE OF THE ATTORNEY GENERAL
33 Capitol Street
Concord, NH 03301
603-271-3658
Karen.Schlitzer@doj.nh.gov
John.Conforti@doj.nh.gov

[1]

[2]

December 30, 2013  /s/ Leonard W. Langer
Leonard W. Langer, Esq.
NH Bar # PHV

/s/ Michael E. Saucier
Michael E. Saucier, Esq.
NH Bar # 20005

THOMPSON & BOWIE, LLP
Three Canal Plaza, P.O. Box 4630
Portland, ME 04112-4630
207-774-2500
lwlanger@thompsonbowie.com
msaucier@thompsonbowie.com

/s/ Ronald W. Lupton
Ronald W. Lupton, AAG
NH Bar # PHV

/s/ Valerie A. Wright
Valerie A. Wright, AAG

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8551
Ronald.Lupton@maine.gov
Valerie.A.Wright@maine.gov

December 30, 2013  /s/ Mark G. Furey
Mark G. Furey, Esq.
NH Bar # PHV

/s/ John R. Bass, II
John R. Bass II, Esq.
NH Bar # PHV

                                  /s/ Nicholas Bull
                                  Nicholas Bull, Esq.
                                  U.S.D.C. NH Bar No. 20963
                                  Attorneys for Owners

THOMPSON, BULL, FUREY, BASS & MacCOLL, LLC, P.A.
120 Exchange Street, 6th Floor
P. O. Box 447
Portland, ME 04112-0447
jbass@thomport.com

## CERTIFICATE OF SERVICE

      I, John R. Bass, II, attorney for Defendant, do hereby certify that on March 24, 2014, I made due service of the Stipulation of Dismissal by electronically filing the same using the Court's CM/ECF system.

                                  /s/ John R. Bass, II
                                  John R. Bass, II, Esq.